No. 38. *In re* ASSESSMENT OF TAXES, JAMES CAMPBELL ESTATE. Appeal from Tax Appeal Court, First Taxation Division. Submitted January 6, 1902. Decided January 18,

1902. (1) Property fronting on Hotel and Front streets, Honolulu, containing an area of 26,437 square feet. Returned at $75,000; assessed at $150,000 and reduced by the Tax Appeal Court to $129,554. (2) Property on Emma street, Honolulu, containing an area of 5.21 acres. Returned at $30,000; assessed at $75,000 and reduced by Tax Appeal Court to $50,000. Appeal by the Assessor. *Per Curiam.* On the first item the appeal is sustained, and the valuation of said property is fixed at $133,554. On the second item, valuation of the Tax Appeal Court is affirmed. Perry, J., dissenting as to the first item: Valuation by Tax Court should be affirmed. *C. Brown* for tax-payer. *Robertson & Wilder* for Assessor.